<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
VICTORIA J. DITTRICH,           )
   INDIVIDUALLY,                )  Civil Action
CANDACE DITTRICH, INDIVIDUALLY, )  No. 03-CV-6128
SUEANN KLINE, INDIVIDUALLY AND  )
   AS THE PARENT AND NATURAL    )
   GUARDIAN OF THE THREE MINOR  )
   CHILDREN, SHYLA KLINE,       )
   SERRIA KLINE AND             )
   MONTEZ JACKSON,              )
GREGORY GLASS, INDIVIDUALLY, and )
JEREMIAH M. HARTMAN,            )
   INDIVIDUALLY,                )
                                )
             Plaintiffs         )
                                )
         vs.                    )
                                )
RICHARD J. SEEDS, IN HIS OWN    )
   PERSON AND IN HIS OFFICIAL   )
   CAPACITY AS CONSTABLE OF THE )
   COMMONWEALTH OF PENNSYLVANIA,)
GREG BALLIET, IN HIS OWN PERSON )
   AND IN HIS OFFICIAL CAPACITY )
   AS CONSTABLE OF THE          )
   COMMONWEALTH OF PENNSYLVANIA,)
VINCENT A. STAHL, IN HIS OWN    )
   PERSON AND IN HIS OFFICIAL   )
   CAPACITY AS CONSTABLE OF THE )
   COMMONWEALTH OF PENNSYLVANIA,)
                                )
             Defendants         )

DAVID JONES,                    )
                                )  Civil Action
             Plaintiff          )  No. 04-CV-1302
                                )
         vs.                    )
                                )
RICHARD J. SEEDS;               )
GREG BALLIET; and               )
VINCENT A. STAHL,               )
                                )
             Defendants         )
```

O R D E R

NOW, this 28th day of September, 2005, upon

consideration of the Statement of Uncontroverted Material Facts

and Motion for Summary Judgment of Defendants Richard J. Seeds

and Vincent A. Stahl, which motion was filed October 29, 2004;

upon consideration of the Answer of Plaintiffs to the Motion for

Summary Judgment of Defendants Richard J. Seeds and

Vincent A. Stahl, which answer was filed November 12, 2004; upon

consideration of the Statement of Uncontroverted Material Facts

and Motion for Summary Judgment on Behalf of Defendant

Greg Balliet, which motion was filed October 27, 2004; upon

consideration of the Answer of Plaintiffs' to Motion for Summary

Judgment on Behalf of Defendant, Greg Balliet, which answer was

filed November 10, 2004; upon consideration of the Statement of

Uncontroverted Material Facts and Motion for Summary Judgment of

Plaintiffs, Victoria J. Dittrich; Candace Dittrich; Sueann Kline,

Individually and as the Parent and Natural Guardian of Three

Minor Children: Shyla Kline, Serria Kline, and

Montez Jackson; Gregory Glass; and Jeremiah M. Hartman, which

motion was filed October 29, 2004; upon consideration of the

Statement of Controverted Material Facts and Response of

Defendants Richard J. Seeds and Vincent A. Stahl to the Motion

for Summary Judgment of Plaintiffs, which response was filed

November 10, 2004; upon consideration of the Answer of Defendant

-ii-

Greg Balliet to Plaintiffs' Motion for Summary Judgment, which

answer was filed November 10, 2004; upon consideration of the

pleadings, record papers, exhibits and depositions submitted by

the parties; upon consideration of the briefs of the parties;

after oral argument conducted before the undersigned

March 22, 2005; and for the reasons articulated in the

accompanying Opinion,[1]

IT IS ORDERED that the motions for summary judgment of

defendants Seeds, Stahl and Balliet are granted in part and

denied in part.

IT IS FURTHER ORDERED that the motions for summary

judgment of defendants Seeds, Stahl and Balliet based upon

qualified immunity are denied.

IT IS FURTHER ORDERED that the motions for summary

judgment of defendants Seeds, Stahl and Balliet based upon

derivative immunity are denied.

IT IS FURTHER ORDERED that the motions for summary

judgment of defendants Seeds, Stahl and Balliet for dismissal of

plaintiffs' claims for intentional infliction of emotional

distress is granted in part and denied in part.

IT IS FURTHER ORDERED that defendants' motion for

summary judgment on the claims of Candace Dittrich; Sueann Kline,

Individually and as the Parent and Natural Guardian of Shyla

---

[1]      By Order of the undersigned dated May 20, 2004, we approved the
Stipulation of all parties to consolidate these two actions for all purposes.

Kline, Serria Kline, and Montez Jackson; Gregory Glass; and

Jeremiah M. Hartman for intentional infliction of emotional

distress is granted.

IT IS FURTHER ORDERED that Count Nine of the Complaint

is dismissed as it relates to Candace Dittrich; Sueann Kline,

Individually and as the Parent and Natural Guardian of Three

Minor Children:  Shyla Kline, Serria Kline, and

Montez Jackson; Gregory Glass; and Jeremiah M. Hartman

IT IS FURTHER ORDERED that defendants' motions for

summary judgment on the claim of plaintiff Victoria Dittrich for

intentional infliction of emotional distress are denied.

IT IS FURTHER ORDERED that the motions of defendants

Seeds, Stahl and Balliet for summary judgment on the claims of

plaintiffs for punitive damages are granted in part and denied in

part.

IT IS FURTHER ORDERED that plaintiffs' claims for

punitive damages in their federal causes of action (Counts Five,

Seven and Eight in case number 03-CV-06128 (the "Dittrich

Complaint") and that portion of Count One alleging unlawful

seizure of a dog in violation of the Fourth Amendment of the

United States Constitution, and Count Two, in case number

04-CV-01302 (the "Jones Complaint")) are dismissed.

IT IS FURTHER ORDERED that, in all other regards,

concerning plaintiffs' claims for punitive damages (in

-iv-

plaintiffs' remaining pendent state-law causes of action),
defendants' motions for summary judgment are denied.

IT IS FURTHER ORDERED that the motions for summary
judgment of defendants Seeds, Stahl and Balliet for dismissal of
plaintiffs' claims of deprivation of property interests in
violation of the Fourteenth Amendment are granted.

IT IS FURTHER ORDERED that Count Seven of the Complaint
of Victoria J. Dittrich; Candace Dittrich; Sueann Kline,
Individually and as the Parent and Natural Guardian of Three
Minor Children: Shyla Kline, Serria Kline, and
Montez Jackson; Gregory Glass; and Jeremiah M. Hartman is
dismissed.

IT IS FURTHER ORDERED that Count Two of the Complaint
of David Jones is dismissed.

IT IS FURTHER ORDERED that the motions for summary
judgment of defendants Seeds, Stahl and Balliet for dismissal of
plaintiffs' claim of violations of the Fourth Amendment through
unlawful entry, unlawful search and seizure, and unreasonable and
excessive use of force are denied.

IT IS FURTHER ORDERED that the motions for summary
judgment of defendants Seeds, Stahl and Balliet for dismissal of
plaintiffs' claims of conspiracy are denied.

IT IS FURTHER ORDERED that the motions for summary
judgment of defendants Seeds, Stahl and Balliet for dismissal of

all of plaintiffs' claims against defendant Stahl are denied.

IT IS FURTHER ORDERED that plaintiffs' motion for summary judgment is denied in its entirety (including on plaintiffs' claims for trespass, conspiracy, and plaintiffs' Fourth and Fourteenth Amendment claims).


BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge